In the Matter of Emil W. Klappert v. Ettar Realty Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

United States Trust Company of New York v. Martindale Real Estate Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Samuel U. Tilton v. Levi L. Gans and Others.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Thomas D. Rambaut v. William S. Tevis.— Motion granted on plaintiff's giving stipulation that if on appeal to the Court of Appeals the order appealed from is affirmed, or the appeal dismissed or withdrawn, defendant shall have judgment absolute dismissing the complaint. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Henry Leerburger v. Henry R. C. Watson, Executor, etc.— Motion granted and proceedings under the order stayed, upon plaintiff's giving a bond in the penalty of $18,000 for the payment of the amount to be paid by him according to the judgment for the specific performance of his contract within ten days after the affirmance of the order, if the order appealed from is affirmed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. John J. Rodgers v. Calvin Tomkins, as Commissioner.— Motion to dismiss writ granted, without costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Margaret H. Hurlbut and Others v. Lida K. Stelle and Others, Impleaded with Harry Wiggins.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Alexander J. Miller v. Elsie S. Miller.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Henry Oestreicher Company v. Marie E. Winters.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Mary J. McNamee, as Executrix, etc., v. Catherine R. Chenoweth and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Mary J. McNamee, as Executrix, etc., v. Catherine R. Chenoweth and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Corrine L. Bannister v. George G. Murray.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Louis C. Hart v. Everard B. Hopwood.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.